STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOHN KING, PLAINTIFF IN ERROR.

Submitted May term, 1929—Decided September 13, 1929.

Before Justices PARKER, BLACK and BODINE.

For the defendant in error, *John Drewen,* prosecutor of the pleas.

For the plaintiff in error, *George E. Cutley.*

PER CURIAM.

The defendant in this case was indicted for murder and convicted of murder in the first degree. Life imprisonment was recommended by the jury. The writ of error must be dismissed, as it does not appear in the state of the case sent up with the writ of error, that application was made to the chancellor for a writ of error to the Supreme Court. This must be done under the case of *State* v. *Giberson,* 94 *N. J. Eq.* 25.

The writ of error is therefore dismissed.